UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT CHAVEZ, an individual; and ALEXANDRIA DAVIS, heir and successor in interest of PRISCILLA WILLIAMS, deceased;<br><br>Plaintiffs,<br>vs.<br><br>THE UNITED STATES OF AMERICA; CALIFORNIA DEPARTMENT OF TRANSPORTATION, a public entity; and DOES 1 through 50, Inclusive;<br><br>Defendants. | No. CV 18-408 JFW (JEMx)<br><br>**ORDER OF REMAND**<br><br>**[28 U.S.C. § 1447]** |

The Court, having considered the dismissal without prejudice of the United States of America from this action and having considered the provisions of 28 U.S.C. § 1447, finds that it appears that the Court lacks subject matter jurisdiction and hereby orders as follows:

IT IS HEREBY ORDERD THAT:

1. This case is **REMANDED** to San Luis Obispo County Superior Court, State of California, for all further proceedings

The District Court Clerk is directed to enter this Order, provide copies to counsel, mail copies to pro se parties, mail a certified copy of this Order to the Clerk of the San Luis Obispo County Superior Court, and close this file.

Dated: February 28, 2018

*[signature]*

UNITED STATES DISTRICT JUDGE